# United States Court of Appeals
## For the First Circuit

No. 07-1024

HORVING RAMOS-SANTIAGO,

Plaintiff, Appellant,

v.

UNITED PARCEL SERVICE,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on April 24, 2008 is amended as follows:

On page 7, line 4: Substitute "an authorized strike" with "an unauthorized strike."